**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: Crim. 01-05(ADM/RLE) |
| | ) | Date: April 26, 2005 |
| Kelly James Michael Jones, | ) | Court Reporter: |
| | ) | Tape Number: 05-24 |
| Defendant. | ) | Time Commenced: 2:25 p.m. |
| | | Time Concluded: 2:40 p.m. |
| | | Time in Court: 0 Hours & 15 Minutes |

APPEARANCES: Plaintiff: , Assistant U.S. Attorney
Defendant: ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

Date Charges Filed: April 19, 2005 Offense: Violation of Supervised Release
☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☒ Petition Violation of ☒ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**

Next appearance date is Wednesday, April 27, 2005, at 11:00 a.m., Court Room No. 3, United States Courthouse, Duluth, Minnesota, before U.S. Magistrate Judge Raymond L. Erickson for:
☒ detention hrg ☒ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: Court finds defendant eligible for court-appointed counsel.

s/Victoria L. Miller
Signature of Judicial Assistant