# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Kelly James Michael Jones,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 01-05 ADM/RLE

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Craig Hunter, Attorney ID No. 48264, shall appear as appointed counsel of record for the above named defendant in this case.

Dated: April 27, 2005

s/ Daniel M. Scott

Daniel M. Scott
Attorney ID No. 98395
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858