A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR ~~05-1~~ 01-5 ADM**

0541-0419-0967-D

Kelly James Michael Jones

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Kelly James Michael Jones

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Jackie Ellingson
(By) Jackie Ellingson, Deputy Clerk

April 19, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer | Signature of Arresting Officer

ARRESTED ON 4-26-05
ARRESTED BY Self-Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
APR 27 2005
U.S. DISTRICT COURT MPLS



DC Modified 12/08/04