**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
Kelly James Michael Jones, )
)
Defendant. )

## COURT MINUTES - CRIMINAL

BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

Case No: Crim. 01-05(ADM/RLE)
Date: April 27, 2005
Court Reporter:
Tape Number: 05-25
Time Commenced: 1:35 p.m.
Time Concluded: 2:05 p.m.
Time in Court: 0 Hours & 30Minutes

☐ **PRELIMINARY HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG**
Time in Court Prelim/Det: 05min. /25min.

☐ **DETENTION HRG ONLY**
☐ **REMOVAL HRG**

APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Craig Hunter ☒ Appointed

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District**

☐ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence or bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☒ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before on.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: Probation Officer Matthew T. Whiting is sworn & testifies. Court finds probable cause. Moves to the issue of detention. PO Whiting testifies. Gov. Exhibits 1 & 2 or admitted. The Petition should reflect 12/7/04 rather than 12/4/04. Ms. Maranda Gumtow is sworn & testifies on behalf of the defendant. Court rules that the defendant will be detained pending revocation hearing. After the ruling, the defendant became very vulgar-mouthed and disrespectful. The Marshals escorted him out of the Court Room. Court will issue written Order.

s/Victoria L. Miller
Signature of Judicial Assistant