# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CHAMBERS OF
ANN D. MONTGOMERY
DISTRICT JUDGE

13W U.S. COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612. 664.5090

May 25, 2005

Kelly Jones
c/o Sherburne County Jail
13880 Highway 10
Elk River, MN 55330

Re: United States of America v.
Kelly James Michael Jones
Criminal No. 01-05(ADM/RLE)

Dear Mr. Jones:

I have received your letter. We can discuss the issues raised in your letter at the time of the hearing on your supervised release violation which is currently scheduled for June 2, 2005, at 11:00 a.m.

Very truly yours,

s/Ann D. Montgomery

Ann D. Montgomery