**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Kelly James Michael Jones,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

| | |
|---|---|
| Case No: | 01-05(ADM/RLE) |
| Date: | June 2, 2005 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 11:00 am |
| Time Concluded: | 11:45 a.m. |
| Time in Court: | 45 Minutes |

## APPEARANCES:

Plaintiff: Bill Koch, Assistant U.S. Attorney
Defendant: Pro se/Craig Hunter as Attorney Advisor

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives his right to a hearing.

## ORDERED:

Defendant is committed to the custody of BOP for 11 months.
Defendant remanded to custody of the U.S. Marshal.

s/Gertie Simon
Courtroom Deputy