AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**KELLY JAMES MICHAEL JONES**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-05(ADM/RLE)**
USM Number: **09724-041**
Social Security Number: **0808**
Date of Birth: **1981**

**Craig Hunter/Attorney Advisor**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of conditions of the term of supervision.

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
| --- | --- | --- |
| General Condition | Defendant tested positive for the use of marijuana | 11-24-04 & 12-04-04 |
| Special Condition | Defendant did not complete chemical dependency counseling | 2-16-05 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**June 2, 2005**
Date of Imposition of Judgment
s/Ann D. Montgomery

Signature of Judge

**ANN D. MONTGOMERY**, United States District Judge
Name & Title of Judge

**June 3, 2005**
Date

DEFENDANT: KELLY JAMES MICHAEL JONES
CASE NUMBER: 01-05(ADM/RLE)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **11 months**.

**There will be no period of supervision to follow defendant's term of imprisonment.**

[**X**] The court makes the following recommendations to the Bureau of Prisons:

It is recommended that the defendant be incarcerated at the Federal Medical Center in Rochester, Minnesota, or the Federal Correctional Institute in Waseca, Minnesota, so a complete mental health evaluation can be administered given the defendant's verbally violent courtroom outbursts, outbursts directed at his counsel, and defendant's self-admitted anger problem.

[**X**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ____________________________

at _________________________ , with a certified copy of this judgment.

____________________________
United States Marshal

By ____________________________
Deputy United States Marshal